the Second Circuit denied. *Messrs. Chauncey I. Clark* and *Eugene Underwood* for petitioner. *Mr. Theodore L. Bailey* for respondent.

No. 743. DEPAOLI ET UX. *v.* UNITED STATES. April 3, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. William M. Kearney* for petitioners. *Solicitor General Fahy, Assistant Attorney General Littell,* and *Messrs. Chester T. Lane, Norman MacDonald,* and *John C. Harrington* for the United States.

No. 746. SPITZER ET AL. *v.* STANDARD GAS & ELECTRIC Co. April 3, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Julius Hallheimer* for petitioners. *Mr. William H. Button* for respondent.

No. 747. WILSON ET AL. *v.* FUHRHOP ET AL. April 3, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Messrs. Guy A. Thompson* and *Samuel A. Mitchell* for petitioners. *Messrs. Jacob M. Lashly* and *J. Fred Gilster* for respondents.

No. 678. STROUD *v.* JOHNSTON, WARDEN. April 3, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Robert Stroud, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Robert S. Erdahl* for respondent.

No. 744. NELSON *v.* WEBB, SUPERINTENDENT OF WASHINGTON STATE PENITENTIARY. April 3, 1944. Pe-